COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| DOLORES NARVAEZ, LUIS | | No. 08-19-00133-CV |
| NARVAEZ, EDUARDO VELARDE, | § | |
| JOSE JUAN VELARDE, JULIETA | | AN ORIGINAL PROCEEDING |
| DURAN, LUZ MAGDALENA | § | |
| ESCOBAR, and JOSE ANTONIO | | IN MANDAMUS |
| VELARDE JUAREZ, | § | |
| | | |
| Relators. | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relators' motion to dismiss with prejudice, and concludes the motion should be granted and this appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss with prejudice the appeal. We further order costs are assessed against the party that incurred them, and this decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF APRIL, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.